UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,

    v.

Christopher G. Mace,                    Case No.   03-CR-30188-DRH

    Defendant,

==========================
Custom Sounds,

    Garnishee.

## ORDER

Upon motion of the United States of America (Doc. 42), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby

**ORDERED** that the Writ of Garnishment on Custom Sounds in this cause be **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

Signed this 31st day of August, 2015.

*Digitally signed by David R. Herndon*
*Date: 2015.08.31 16:42:01 -05'00'*

United States District Judge